1  MICHELE BECKWITH
   Acting United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorney for the United States of America

7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 1:25-MC-00041-SAB
12 |         Plaintiff,                   | **STIPULATION RE GARNISHMENT;
   |                                      | AND ORDER THEREON**
13 |         v.                           |
14 | TODD ERIC MUMMA,                     |
   |                                      | Criminal Case No.: 1:20-CR-00168-JLT-SKO
15 |         Debtor.                      |
16 |                                      |
   | GOODSUITE,                           |
17 |                                      |
   |         Garnishee.                   |
18

19      The United States of America and debtor Todd Eric Mumma (collectively the Parties), through

20 counsel, hereby stipulate to resolution of the United States' pending garnishment action as follows:

21      1.    On May 22, 2025, the United States filed an Application for Writ of Garnishment of

22 property located at garnishee GoodSuite, in which Todd Eric Mumma has an interest. ECF No. 1. The

23 Clerk of Court issued the requested writ on May 23, 2025. ECF No. 4.

24      2.    The United States seeks to garnish $120,200 to satisfy Todd Eric Mumma's outstanding

25 restitution and assessments balance. *Id*.

26      3.    Garnishee GoodSuite answered that it has $670,000 (plus interest) in its possession in

27 which Todd Eric Mumma has an interest. ECF 8.

28      4.    The Parties have agreed to a resolution of this garnishment action and to request Court

STIPULATION RE GARNISHMENT;                    1
AND ORDER THEREON

approval of this stipulation. The Parties agree to entry of a final order approving this stipulation by the assigned magistrate judge.

     5.     To effectuate their settlement, the Parties agree that the Court can and should enter an order as follows:

     A.     Todd Eric Mumma shall make payments of $20,000 per month by the first of each month, until paid in full. The first payment is due no later than July 1, 2025, and the final payment of $20,200 is due no later than December 1, 2025. Payments shall be by personal check, cashier's check, or money order made payable to the "**Clerk of the Court**" and delivered to:

> Office of the Clerk
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

The criminal case number, **1:20-CR-00168,** should be written on the payment instrument;

     B.     The United States shall not seek penalties, costs, or a surcharge so long as Todd Eric Mumma remains in full compliance with the stipulation;

     C.     This garnishment action, Case No. 1:25-MC-00041-SAB, is immediately terminated, and garnishee GoodSuite shall release any freeze on Todd Eric Mumma's property;

     D.     The United States may file an application for a new writ of garnishment to GoodSuite if Todd Eric Mumma fails to comply with the stipulation;

     E.     Each party shall bear their own costs; and

     F.     The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

FOR THE UNITED STATES:

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Dated: June 17, 2025     By:     /s/*Robin Tubesing*
ROBIN TUBESING
Assistant United States Attorney

FOR THE DEFENDANT:               GATES LAW GROUP, APC

Dated:  June 17, 2025            By:    /s/*Glen Earl Gates*
                                        GLEN EARL GATES
                                        Attorney for Todd Eric Mumma

IT IS SO ORDERED.

Dated:  **June 17, 2025**        _____
                                 STANLEY A. BOONE
                                 United States Magistrate Judge