# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TODD ERIC MUMMA,<br><br>　　　　Defendant. | Case No. 1:25-mc-00041-SAB<br><br>ORDER GRANTING REQUEST TO TERMINATE WRIT OF GARNISHMENT AND CLOSE THIS ACTION<br><br>(ECF No. 12) |

　　　　On May 22, 2025, the Government filed an application for a writ of garnishment as to Defendant Todd Eric Mumma. (ECF No. 1.) The writ was issued (ECF No. 4), and the Court approved a stipulation regarding the garnishment. (ECF No. 10.) As part of the stipulation, the parties agreed that once Defendant paid in full, this garnishment action "is immediately terminated, and garnishee GoodSuite shall release any freeze on Todd Eric Mumma's property." (Id. at ¶ 5(C).) On December 9, 2025, the Government filed a request to terminate the writ of garnishment wherein it reported that "[a]ll criminal monetary penalties have been paid in full." (ECF No. 12.) Therefore, the Government requests that the Court terminate the writ of garnishment and direct the Clerk to close this miscellaneous matter. (Id.)

　　　　The Court, having carefully reviewed the entire file, and the Government's Request for an Order Terminating Writ of Garnishment, and finding good cause therefrom, hereby GRANTS the request. (ECF No. 12.) Accordingly, it is ORDERED THAT:

///

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: **December 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge